**CARROLL C. FIX, Appellant, v. JEAN DAVIS, Appellee.**

Court of Appeals of Kentucky.

Feb. 15, 1946.

Eugene Mosley, Jr., for appellant.

John Berry for appellee.

PER CURIAM.

Appeal denied. Judgment affirmed.

**MILLARD SIZEMORE, Movant, v. HATTIE SIZEMORE SMALLWOOD, Opposed.**

Court of Appeals of Kentucky.

Feb. 22, 1946.

Wm. Lewis & Son and William Rice for movant.

A. D. Hall, for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**E. A. DUNBAR, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed..**

Court of Appeals of Kentucky.

March 1, 1946.

Colvin P. Rouse and Raymond Connell for movant.

Marshall A. Dawson and J. P. Hanrahan for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.